THOMPSON & BOOTH, Appellants, v. DANFORTH et al.,
Respondents.

No. 1037; May 19, 1856.

**Judge—Attorney Acting as, by Consent of Parties.—A** trial
before an attorney, acting as judge under no authority other than
the consent of the parties, is a nullity.

APPEAL from Fourteenth Judicial District, Nevada
County.

McConnell & Stewart for appellants; Dunn & Hupp for
respondents.

MURRAY, C. J.—This cause was tried in the court below,
by consent of parties, by an attorney and not by the judge.
The defendants moved for a new trial, upon a statement
signed by the person who tried the cause, which order was
granted by the judge of the court. It is now insisted that
the statement was inadmissible for the purposes of the motion
on this appeal. The whole proceeding was a nullity. But
even if it was not, we would not allow a party to avoid the
consequences of his agreement by availing himself of the fruits
of a judgment and denying the legitimate consequences of
it at the same time.

Judgment affirmed.

I concur: Terry, J.